Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DINA HARRINGTON
    Plaintiff

vs

HOME CAPITAL FUNDING, INC.;
COUNTRYWIDE MORTGAGE, INC.;
and, DOES 1 through 65
INCLUSIVE

    Defendants

**FILED**
2008 AUG 28 AM 11:54
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KNH _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 1579 BTM POR**

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DINA HARRINGTON
P.O. BOX, 502532
SAN DIEGO, CALIFORNIA 92150

Phone: (858) 688-3023

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By K. HAMMERLY, Deputy Clerk

AUG 28 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)